BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED

APR 2 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSE MOJARRO CRUZ,<br>ARNOLDO DELGADO GARCIA,<br>ERIK GESUS RIVERA<br>            Defendants. | CASE NO. 1:14-CR-00048 LJO SKO<br><br>STIPULATION REGARDING PROTECTIVE ORDER AND ORDER |

The parties to this action, by and through their respective counsel, stipulate and agree as follows:

1. Electronic surveillance was conducted in connection with the investigation in this case No. 1:14-CR-00048 LJO SKO. Accordingly, numerous documents were filed with the Court, under seal, relating to the electronic surveillance.

2. Persons who have not been charged in any criminal conduct, but who were identified in the documents filed with the court regarding the electronic surveillance and/or whose communications were intercepted have privacy interests.

3. The government has discovery obligations to the defendants with regard to documents filed with the Court and the intercepted communications.

4. Disclosure by the government will implicate the privacy interest of the persons mentioned in paragraph 2 above.

5. Therefore, the parties and defense counsel, including but not limited to defense counsels staff,

1

investigators, and outside assistants, shall not disclose the contents of the documents released by the government through discovery except as necessary for investigative work for the prosecution or for the presentation of defenses in this case.

6. The documents filed with the Court in connection with the electronic surveillance in this case shall remain sealed form the general public.

Dated: April 21, 2014

Respectfully submitted,
Benjamin Wagner
United States Attorney

By: /s/ Brian K. Delaney
BRIAN K. DELANEY
Assistant U.S. Attorney

Dated: April 21, 2014

/s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
JOSE MOJARRO CRUZ

Dated: April 21, 2014

/s/ Eric V. Kersten
ERIC V. KERSTEN
Attorney for Defendant
ARNOLDO DELGADO GARCIA

Dated: April 21, 2014

/s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant
ERIK GESUS RIVERA

ORDER

Pursuant to the stipulation of the parties set forth above, IT IS HEREBY ORDERED:

1. The United States Attorney may provide as discovery in this case all court documents filed in connection with the electronic surveillance the intercepted communications themselves.

2. The parties and defense counsel, including but not limited to defense counsel=s staff, investigators, and outside assistants, shall not disclose the contents of the documents release by the government through discovery except as necessary for investigative work for the prosecution or presentation of defenses in this case.

3. The documents filed with the Court in connection with the electronic surveillance in this case shall remain sealed from the general public.

IT IS SO ORDERED.

Dated: April 23, 2014

LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE