HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARNOLDO DELGADO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:14-cr-00048 LJO |
| --- | --- | --- |
| Plaintiff, | ) ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) ) | TO CONTINUE SENTENCING |
| | ) | |
| ARNOLDO DELGADO GARCIA, | ) ) | DATE: September 21, 2015 TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing currently scheduled for August 3, 2015, may be continued to September 21, 2015 at 8:30 a.m.,** or the soonest date thereafter convenient to the Court.

This continuance is requested to allow time to gather additional information relevant to sentencing. Defense counsel has communicated with AUSA Brian Delaney and he is in agreement with the request

The parties agree that the delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

/ / /

and 3161(h)(7)(B)(i) and (iv).

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: July 22, 2015                   By    */s/ Brian K. Delaney*
                                                BRIAN K. DELANEY
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff


                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: July 22, 2015                   By    */s/ Eric V. Kersten*
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                ARNOLDO DELGADO GARCIA


**ORDER**

The sentencing hearing scheduled for August 3, 2015 is continued to September 21, 2015 at 8:30 a.m.

IT IS SO ORDERED.

   Dated:  **July 22, 2015**                     **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE