HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARNOLDO DELGADO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:14-cr-00048 LJO-SKO-2 |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE SENTENCING |
| v. | ) | |
| | ) | |
| | ) | |
| ARNOLDO DELGADO GARCIA, | ) | DATE:        October 19, 2015 |
| | ) | TIME:        8:30 a.m. |
| *Defendant.* | ) | JUDGE:      Hon. Lawrence J. O'Neill |

   **IT IS HEREBY STIPULATED** by and between the parties, through their respective

counsel, that the sentencing hearing scheduled for September 21, 2015, may be continued to

October 19, 2015 at 8:30 a.m., or the soonest date thereafter convenient to the Court.

   Defense counsel just received the government's sentencing recommendation.  Mr. Garcia

is housed at Lerdo and not available to be transported to Fresno prior to sentencing. Defense

counsel requests a continuance to allow time to review the recommendation with Mr. Garcia and

file a sentencing memorandum that considers Garcia's input. A four week continuance is

requested to accommodate the calendars of counsel.

   The parties agree that the delay resulting from this request shall be excluded in the

interests of justice, for effective defense investigation and preparation, and for continuity of

counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  September 16, 2015      By      /s/ Brian K. Delaney
                                        BRIAN K. DELANEY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  September 16, 2015      By      /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ARNOLDO DELGADO GARCIA

## ORDER

**IT IS SO ORDERED**. The sentencing hearing scheduled for September 21, 2015 is continued to October 19, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **September 17, 2015**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE